**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE
CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Supreme Court**

Tommy S. Adams, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2017-000739

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Edgefield County
William P. Keesley, Circuit Court Judge

---

Memorandum Opinion No. 2018-MO-031
Heard September 19, 2018 – Filed September 26, 2018
Amended October 3, 2018

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY
GRANTED**

---

E. Charles Grose, Jr., of Greenwood, and Teresa L.
Norris, of Charleston, both for Petitioner.

Attorney General Alan McCrory Wilson, Senior
Assistant Attorney General Melody Jane Brown, and

Deputy Attorney General Donald J. Zelenka, all of Columbia, for Respondent.

---

**PER CURIAM:** We issued a writ of certiorari to review the court of appeals' decision in *Adams v. State*, No. 2016-UP-515 (S.C. Ct. App. filed Dec. 14, 2016). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, JAMES, JJ., and Acting Justice Paula H. Thomas, concur.**